## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00307-MSK-KLM

KEYONIA EDWARDS,

        Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC., a New York corporation,
d/b/a OXFORD MANAGEMENT SERVICES,

        Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE
_____

       **COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: March 30, 2009.

                                            Respectfully submitted,

                                            _s/ David M. Larson_____
                                            David M. Larson, Esq.
                                            405 S. Cascade Avenue Suite 305
                                            Colorado Springs, CO 80903
                                            (719) 473-0006
                                            Attorney for the Plaintiff